UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:16-00122 |
| ) | JUDGE SHARP |
| GERALD WILLARD THOMAS ) | |

### **O R D E R**

The Indictment in this case was filed on June 1, 2016. It appears from the record that Defendant has not been arrested and is a fugitive from justice. It further appears that no further proceedings will occur in this case until the Defendant is apprehended, and the Court has no idea when that will occur. There are no other defendants in this case.

Unless the parties file an objection within five days of the date of entry of this Order, the Clerk is directed to administratively close this case until such time as Defendant is apprehended. This action may be reopened upon motion by the Government when further proceedings are to be held. The said closing is for administrative purposes only and shall in no way affect the underlying indictment, warrants, and other filings in this case.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE